DENNIS M. COTA, Bar No. 127992
  Interim County Counsel
DEREK P. COLE, Bar No. 204250
  Interim Deputy County Counsel
KEVIN P. HALL, Bar No. 227359
  Interim Deputy County Counsel
Office of the County Counsel
County of Plumas
520 Main Street, Room 302
Quincy, CA  95971
Telephone:	(530) 283-6240
Facsimile:	(530) 283-6116

Attorneys for Defendant County of Plumas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES BRADY PETER; and JAMES RUSSELL PETER,<br><br>           Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; COUNTY OF PLUMAS; UNKNOWN OFFICERS OF THE PLUMAS COUNTY SHERIFFS OFFICE, CALIFORNIA HIGHWAY PATROL OFFICER BOB STOVE, and DOES 1 through 50, Inclusive,<br><br>           Defendants. | Case No. 2:08-CV-02465-FCD-DAD<br><br>**STIPULATION AND ORDER** |

{KH/00005707.}

The County of Plumas ("County") and Plaintiffs James Brady Peter and James Russell Peter ("Plaintiffs") enter into the following stipulation:

On November 17, 2008, Defendant County filed its Answer to Plaintiffs' Complaint in case number 2:08-CV-02465-FCD-DAD.  Prior to the filing of County's Answer, and without County's knowledge, Plaintiff filed a First Amended Complaint in this action.  The amendment to the Complaint consisted of a single, minor change to designate the California Highway Patrol officer by his badge number.

The parties now stipulate that no further responsive pleading, Answer or otherwise, shall be required from Defendant County, and that the Answer to the Complaint filed by County in this action should be treated as if it were an Answer to the First Amended Complaint.

IT IS SO STIPULATED.

Dated: November 20, 2008         COTA COLE & ASSOCIATES

                                 By:  /s/ Dennis M. Cota
                                      Dennis M. Cota
                                      Derek P. Cole
                                      Kevin P. Hall
                                      Attorneys for Defendant
                                      County of Plumas


Dated: November 20, 2008         LAW OFFICES OF LARRY L. BAUMBACH

                                 By:  /s/ Larry L. Baumbach (as authorized on 11/20/08)
                                      Larry L. Baumbach
                                      Attorney for Plaintiffs
                                      James Brady Peter
                                      James Russell Peter

{KH/00005707.}

STIPULATION AND ORDER
Case No. 2:08-CV-02465-FCD-DAD

# **ORDER**

The Court has reviewed the parties' Stipulation regarding responsive pleadings in this matter. The Court finds that the Stipulation is both necessary and proper to protect the rights of the parties in this matter. At the same time, the Court finds that because of the minor amendment to Plaintiffs' Complaint, additional filing of responsive pleadings would be unnecessary in this matter. For these reasons, the Court orders that the Stipulation be effected, and Defendant County's Answer to the Complaint shall be treated as an Answer to the First Amended Complaint filed in this matter.

IT IS SO ORDERED.

Dated: November 20, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

{KH/00005707.}