1  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
2  Carl L. Fessenden, SBN 161494
   350 University Ave., Suite 200
3  Sacramento, California 95825
   TEL: 916.929.1481
4  FAX: 916.927.3706
   **Attorneys for Defendant:** COUNTY OF PLUMAS
5

   Larry L. Baumbach
6  **LAW OFFICES OF LARRY L. BAUMBACH**
   686 Rio Lindo Avenue
7  Chico, CA 95826
   TEL: 530.891.6222
8  FAX: 530.893.8245
   **Attorney for Plaintiffs:** JAMES BRADY PETER AND JAMES RUSSELL PETER
9

   Alberto L. Gonzalez
10 **OFFICE OF THE ATTORNEY GENERAL**
   1300 I Street
11 Sacramento, CA 95814
   TEL: 916.324.5369
12 FAX: 916.322-8288
   **Attorneys for Defendant:** JAMES STOWE
13

14                     **UNITED STATES DISTRICT COURT**

15                     **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| JAMES BRADY PETER and JAMES RUSSELL PETER,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF PLUMAS; UNKNOWN OFFICERS OF THE PLUMAS COUNTY SHERIFFS OFFICE; CALIFORNIA HIGHWAY PATROL OFFICER BOB STOWE, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:08-cv-02465 FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT COUNTY OF PLUMAS, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. SECTION 41(A)(1)**<br><br>Complaint Filed:           10/16/08<br>Amended Complaint Filed:   11/07/08<br>Second Amended Complaint Filed; 02/03/09 |

26  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAMES BRADY

27 PETER and JAMES RUSSELL PETER, Defendant COUNTY OF PLUMAS, and Defendant State

28 of California, California Highway Patrol Officers JAMES STOWE and R.A. STORY that this

---
1
**STIPULATION AND ORDER FOR**
00710768.WPD **DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. SECTION 41(a)(1)**

action be dismissed as to Defendant COUNTY OF PLUMAS (including "Unknown Officers of Plumas County Sheriff's Office") only, without prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: August 31, 2009            PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By /s/Carl L. Fessenden
                                      Carl L. Fessenden
                                      Attorney for Defendant
                                      COUNTY OF PLUMAS

Dated: August 28, 2009            LAW OFFICES OF LARRY L. BAUMBACH


                                  By /s/Larry L. Baumbach (as authorized on 8/28/09)
                                      Larry L. Baumbach
                                      Attorney for Plaintiffs JAMES BRADY
                                      PETER AND JAMES RUSSELL PETER

Dated: August 28, 2009            OFFICE OF THE ATTORNEY GENERAL


                                  By /s/ Alberto L. Gonzalez (as authorized on 8/28/09)
                                      Alberto L. Gonzalez
                                      Attorney for Defendant JAMES STOWE

**ORDER**

Good cause appearing, this matter is dismissed as to Defendant COUNTY OF PLUMAS (and "Unknown Officers of Plumas County Sheriff's Office") only, without prejudice, with each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 8, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE